# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| GERRDO LUCIANO TAPIA,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>J. L. SULLIVAN, Warden,<br><br>　　　　Respondent. | Case No. EDCV 17-01106-ODW (AS)<br><br>**JUDGMENT** |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 5, 2017

　　　　　　　　　　　　　　　　　OTIS D. WRIGHT
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE